UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SUSAN CRANDALL**,<br><br>Plaintiff,<br><br>vs.<br><br>**SOCIAL SECURITY COMMISSIONER**,<br><br>Defendant. | 2:18-CV-12323-TGB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING AND REMANDING THE CASE PURSUANT TO 42 U.S.C. § 405(g)** |

This matter is before the Court on Magistrate Judge Patricia T. Morris' June 19, 2019 Report and Recommendation (ECF No. 15), recommending granting Plaintiff's Motion for Summary Judgment (ECF No. 10), denying Defendant's Motion for Summary Judgment (ECF No. 11) and reversing and remanding the case for further proceedings.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to

which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of June 19, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris' Report and Recommendation of June 19, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 10) is **GRANTED**, Defendant's Motion for Summary Judgment (ECF No. 11) is **DENIED**, and the case is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**SO ORDERED.**

DATED: July 18, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge